Amended 06/24/2022

**WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES**
**BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION OFFICE**
**PHYSICIAN'S / MEDICAL EXAMINER'S CERTIFICATE OF DEATH**
350 CAPITOL STREET, ROOM 165, CHARLESTON, WV 25301

STATE FILE NUMBER: 2022-002437

**1. DECEDENT'S LEGAL NAME:** Rebecca Ann Atik
**2. GENDER:** Female
**3. SOCIAL SECURITY NUMBER:** -9105
**4a. AGE (Last Birthday) (Years):** 49
**5. DATE OF BIRTH:** /1972
**6. BIRTHPLACE:** Hinton, West Virginia
**7a. RESIDENCE (STATE):** West Virginia
**7b. COUNTY:** Raleigh
**7c. CITY OR TOWN:** Beckley
**7d. STREET AND NUMBER:** 133 Brown Street
**7f. ZIP CODE:** 25801
**8. EVER IN US ARMED FORCES?** No
**9. MARITAL STATUS AT TIME OF DEATH:** Married
**10. SURVIVING SPOUSE'S NAME:** Yassir Atik
**11. FATHER'S / PARENT 1'S NAME:** Charles Gill
**12. MOTHER'S / PARENT 2'S NAME:** Judy Adkins
**13a. INFORMANT'S NAME:** Ronald Sears
**13b. RELATIONSHIP TO DECEDENT:** Son
**13c. MAILING ADDRESS:** 138 Jade Drive, Nimitz, WV, 25978

**14. PLACE OF DEATH:** Emergency Room/Outpatient
**15. FACILITY NAME:** Plateau Medical Center
**16. CITY OR TOWN, STATE, AND ZIP CODE:** Oak Hill, West Virginia 25901
**17. COUNTY OF DEATH:** Fayette
**18. METHOD OF DISPOSITION:** Cremation
**19. PLACE OF DISPOSITION:** Ronald Meadows Funeral Parlors & Cremation Care
**20. DISPOSITION LOCATION:** Hinton, WV
**21. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY:** Ronald Meadows Funeral Parlors, Inc. 130 Temple Street, Hinton, West Virginia, 25951
**22. SIGNATURE OF FUNERAL SERVICE LICENSEE:** William Mark Fox — Electronically Signed
**23. LICENSE NUMBER:** 3593

**24. DATE PRONOUNCED DEAD:** 02/22/2022
**25. TIME PRONOUNCED DEAD:** 08:16 AM

**28. ACTUAL OR PRESUMED DATE OF DEATH:** 02/22/2022 Actual
**29. ACTUAL OR PRESUMED TIME OF DEATH:** 07:20 AM Found
**30. WAS MEDICAL EXAMINER OR CORONER CONTACTED?** Yes — CASE # 22-01597

**CAUSE OF DEATH**

**31. PART I.**
a. IMMEDIATE CAUSE: Combined Morphine, Hydrocodone, and Oxycodone intoxication — Approximate Interval: Minutes

**PART II. Other significant conditions:** Cardiomegaly

**32a. WAS AN AUTOPSY PERFORMED?** Yes
**32b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?** Yes
**33. DID TOBACCO USE CONTRIBUTE TO DEATH?** No
**34. IF FEMALE:** Unknown if pregnant within the last year
**35b. FINAL MANNER OF DEATH:** Accident

**36a. DATE OF INJURY:** 02/22/2022
**36b. TIME OF INJURY:** 07:20 AM
**36c. PLACE OF INJURY:** Residential Institution
**36d. INJURY AT WORK?** Yes
**36e. LOCATION OF INJURY:** 100 Hresan Boulevard, Fayetteville, WV, 25840
**36f. DESCRIBE HOW INJURY OCCURRED:** Injected prescription drugs.

**37a. CERTIFIER:** Medical Examiner/Coroner
**Signature of Certifier:** Jacqueline Ann Marie Benja — Electronically Signed
**Date Certified:** 02/24/2022
**37b.** Jacqueline Ann Marie Benjamin 619 Virginia Street W, Charleston, WV 25302
**37c. TITLE OF CERTIFIER:** Medical Examiner

**38. SIGNATURE OF REGISTRAR:** Matthew Wickert — Electronically Signed
**39. DATE FILED:** 02/25/2022

FORM VS-002 (Rev. 5/2020)