IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No: 1:21-cv-00683
MARKETING, SALES PRACTICES AND                        MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Documents Relates to Plaintiff(s):
REBECCA ATIK_____

Civil Case No. 1:21-cv-00683

_____

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff and for Leave to File First Amended Short Form Complaint.

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff and for Leave to File Second Amended Short Form Complaint is **GRANTED**, and (1) Yassir Atik as the personal representative, on behalf of the estate of the Decedent Rebecca Atik, is substituted as Plaintiff in the above referenced action. (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana