# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Estate of Rebecca Atik,<br><br>Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>Defendants. | Case No. 1:21-cv-00683-SEB-DML<br><br>**Motion for Leave to Amend Complaint** |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff respectfully moves this Court for an Order to amend the Short Form Complaint filed on or about March 19, 2021.

1. Plaintiff respectfully seeks leave to file the attached short form complaint to correct an issue in item number 10. Counsel checked the box to indicate the IVC Filter in question was a Cook Celect. However, upon additional review, the filter type was indicated as a Celect Platinum.

2. Plaintiff's counsel has conferred with Defense counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiff respectfully requests the Court grant Plaintiff's motion for leave to amend her Complaint and enter the attached Amended Short Form Complaint.

Date: November 13, 2024

                                    Respectfully submitted,

                                  **JOHNSON LAW GROUP**

/s/ Basil Adham_____
Basil Adham, (TX Bar No.24081742)
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
E-mail: ivc@johnsonlawgroup.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November 2024, I electronically transmitted the foregoing Leave to Amend Complaint to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                    /s/ Basil Adham