IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § Case No. 1:14-ml-2570-RLY-TAB<br>§ MDL No. 2570<br>§<br>§ |
| This Document Relates to Plaintiff:<br><br>Estate of Rebecca Atik,<br><br>　　Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>　　Defendants. | § Case No. 1:21-cv-00683-RLY-TAB |

**Order on Motion for Leave to File Second Amended Complaint**

The Court has considered the Plaintiff's Motion to file Second Amended Complaint, and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 26285.]

IT IS THEREFORE ORDERED that Plaintiff is hereby granted Leave to File a Second Amended Short Form Complaint; and the Second Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Second Amended Short Form Complaint into the record in this matter.

Date: 2/7/2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Tim A. Baker
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.